IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:12CR210
                              )
        v.                    )
                              )
STACEY AMOS,                  )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 23). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The motion to continue sentencing hearing is restricted pending further order of the Court.

DATED this 28th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court